IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETROPROPERTIES & FINANCE, LLC, | : :  |
| Plaintiff, | : Civil Action No. 08-cv-00358-DSC : |
| v. | : Judge David S. Cercone : |
| PRIMA MARKETING, LLC and MATRIX CAPITAL MARKETS GROUP, INC., | : ELECTRONICALLY FILED : : : |
| Defendants. | : |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, by counsel, files this Joint Stipulation for Dismissal under Rule 41 of the Federal Rules of Civil Procedure, stating as follows:

1. This action was settled among the parties.

2. On the basis of this settlement, Plaintiff and all Defendants stipulate to dismissal of the action with prejudice.

3. All parties shall bear their own costs, including any and all attorneys' fees.

4. The parties agree that the Court shall retain jurisdiction of this matter to enforce the Settlement Agreement reached by the Parties.

Respectfully submitted,                                    Respectfully submitted,

*/s/ William D. Clifford*                                  */s/ Gretchen L. Jankowski*
William D. Clifford, Esquire                               Gretchen L. Jankowski, Esquire
PA I.D. # 34959                                            PA I.D. #74540
**DICKIE MCCAMEY & CHILCOTE, P.C.**                        **BUCHANAN INGERSOLL & ROONEY PC**
Two PPG Place, Suite 400                                   One Oxford Centre, 20th Floor
Pittsburgh, PA  15222-5402                                 301 Grant Street
                                                           Pittsburgh, PA  15219-1410
Counsel for Plaintiff PetroProperties &
Finance, LLC                                               Counsel for Defendants, Prima Marketing LLC
                                                           and Matrix Capital Markets Group, Inc.

AND NOW, this 30 day of May, 2008,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE